IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**MICHAEL J. FLORIO,**

    **Plaintiff,**

    v.                                            **Civil Action No.: 1:20-cv-94**
                                                     **Judge Keeley**

**WESTWOOD ONE, INC., and**
**CUMULUS MEDIA, INC.**

    **Defendants.**

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, who is Cumulus Media, Inc., makes the following disclosure:

1.     Is the party a non-governmental corporate party?

        YES

2.     If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

        Cumulus Media Inc. is a parent corporation and is a publicly traded company.

3.     If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

        Eaton Vance Management owns more than 10% of Cumulus Media Inc. Eaton Vance Management is a wholly owned subsidiary of Eaton Vance Corp., which is a publicly traded company.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

                                                                        /s/ Ashley C. Pack, Esq.
                                                                        Signature of Counsel for Party

Date: May 19, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

**MICHAEL J. FLORIO,**

    **Plaintiff,**

    v.                                   **Civil Action No.: 1:20-cv-94**
                                         **Judge Keeley**

**WESTWOOD ONE, INC., and**
**CUMULUS MEDIA, INC.**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Ashley C. Pack, do hereby certify that the foregoing **DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1** was served upon all parties via the Court's CM/ECF filing system on May 19, 2020 as follows:

C. David Morrison
Michael J. Moore
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
*Counsel for Plaintiff*

                                           /s/ Ashley C. Pack, Esq.
                                           Ashley C. Pack (WV State Bar No. 10477)